The People of the State of New York, Respondent, v Julian Silva, Appellant.

Submitted September 23, 2013; decided October 10, 2013

Motion for assignment of counsel granted and John R. Lewis, Esq., 36 Hemlock Drive, Sleepy Hollow, New York 10591 assigned as counsel to the appellant on the appeal herein.

The People of the State of New York, Respondent, v Clide Wilson, Appellant.

Submitted September 23, 2013; decided October 10, 2013

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

The People of the State of New York, Respondent, v Diane Word, Appellant.

Decided October 10, 2013

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no civil appeal lies from the order entered in this criminal action (*see* NY Const, art VI, § 3 [b]; CPLR 5601; CPL 450.90).